IN RE CARRIE B.*
(9455)

DUPONT, C. J., NORCOTT and LAVERY, Js.

Argued April 24—decision released April 24, 1991

*Lawrence A. Dubin,* for the appellant (respondent).

*Linda Pearce Prestley,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Susan T. Pearlman,* assistant attorney general, for the appellee (state).

*Mark Edwards,* for the minor child.

PER CURIAM. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 2026, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.